United States District Court
Southern District of Texas
**ENTERED**
April 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICHOLAS HECKFORD, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-04366 |
| CITY OF PASADENA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Plaintiff has filed a Motion for Continuance of Trial Setting and a Motion for Leave to File Supplemental Expert Report. ECF No. 73, 74. The Court requires that any opposed party submit an expedited response. All responses shall be filed on or before April 27, 2022. All subsequent replies shall be filed on or before May 2, 2022.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st day of April, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE